IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LAMONE M. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-18-89-R |
| | ) | |
| DEPUTY WARDEN, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Before the Court is the Report and Recommendation of U.S. Magistrate Judge Charles B. Goodwin (Doc. 8) recommending that the Court dismiss without prejudice Plaintiff's pro se complaint (Doc. 1). Plaintiff has not paid the required filing fee after two warnings from Judge Goodwin that failure to pay would warrant dismissal. *See* Docs. 6, 7. Judge Goodwin now recommends dismissal, and Plaintiff has not filed a timely objection. Accordingly, the Report (Doc. 8) is ADOPTED and Plaintiff's case is hereby DISMISSED WITHOUT PREJUDICE for failure to pay fees and abide by Judge Goodwin's orders. *See Nasious v. Two Unknown B.I.C.E. Agents, at Arapahoe Cty. Justice Ctr.*, 492 F.3d 1158, 1161 n.2 (10th Cir. 2007).

IT IS SO ORDERED this 20th day of April, 2018.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE